## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:12-cr-121-Orl-37KRS

**LUIS E. MORALES**

_____

**In re: Ancillary Forfeiture Proceedings**

_____

## REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT:

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PETITION FOR PAYMENT OF CLAIM OF COUNTY OF VOLUSIA AND REQUEST FOR HEARING (Doc. No. 133)**
>
> **FILED:** December 7, 2012

The County of Volusia filed an ancillary claim to the real property located at 8 Crossing Trail, Ormond Beach, Florida (the "Subject Property") claiming an interest in ad valorem taxes and non-ad valorem assessments it issued with respect to the Subject Property. The United States has advised the Court that it has reached a settlement agreement with the County of Volusia. Doc. No. 153.

Final resolution of Volusia County's petition must await resolution of other ancillary claims to the Subject Property. At this stage of the proceedings, I **respectfully recommend** that the Court **deny** the petition to the extent that Volusia County requests a hearing and **defer** the issue of approval

of the settlement agreement until the other ancillary claims are resolved. The Court may wish to direct the Clerk of Court to terminate Volusia County's petition pending final resolution of the other ancillary claims.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Orlando, Florida on this 30th day of January, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties
Courtroom Deputy