**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

v.  Case No. 6:12-cr-121-Orl-37KRS

LUIS E. MORALES,

In re: Petition of Linda M. Morales

**ORDER**

This cause is before the Court on the following:

1. Petitioner Linda M. Morales' Petition for Hearing to Adjudicate Validity of Third Party Interest Under 21 U.S.C. § 853(n) (Doc. 131), filed December 7, 2012;

2. United States' Motion for Summary Judgment (Doc. 209), filed October 21, 2013;

3. Petitioner Linda M. Morales' Response to Government's Motion for Summary Judgment (Doc. 213), filed December 6, 2013;

4. Report and Recommendation of U.S. Magistrate Judge Karla R. Spaulding (Doc. 221), filed April 30, 2014;

5. United States' Objection to the Report and Recommendation of the United States' Motion for Summary Judgment (Doc. 222), filed May 14, 2014;

6. Petitioner Linda M. Morales' Objection to Report and Recommendation of Magistrate Judge (Doc. 223), filed May 14, 2014; and

7. United States' Response to Petitioner's Objections to the Report and Recommendation of the Magistrate Judge (Doc. 224), filed May 27, 2014.

**BACKGROUND**

This matter is before the Court concerning the Petitioner Linda Morales' claim to the one-half interest in real property located at 8 Crossings Trail, Ormond Beach, Florida 32174 (the "Property"), which this Court ordered preliminarily forfeited to the Government pursuant to 18 U.S.C. § 2428 and Federal Rule of Criminal Procedure 32.2(e)(1)(B). (Docs. 124, 131.) On December 7, 2012, Petitioner filed her claim pursuant to 21 U.S.C. § 853(n)(6), contending that she has "a vested and legal and equitable right, title and/or interest in the [P]roperty which is now and was at the time of the commission of the acts giving rise to the forfeiture of the [P]roperty . . . superior to any right, title, or interest of [her spouse] Defendant Luis Morales." (Doc. 131, p. 5.)

After Petitioner and the Government engaged in discovery (Docs. 138, 143–44), the Government filed a motion for summary judgment on Petitioner's claim (Doc. 209), and Petitioner responded in opposition to the motion (Docs. 213, 214). The motion was referred to U.S. Magistrate Judge Karla R. Spaulding for a report and recommendation. On April 30, 2014 Magistrate Judge Spaulding issued a report and recommendation that Petitioner "cannot prevail on her claim that she held an interest in the Property that was superior to that of Luis Morales at the time of the commission of the crimes giving rise to the forfeiture of Luis Morales' interest in the Property." (Doc. 221, p. 23.) Magistrate Judge Spaulding further recommended that the Court grant the Government's motion, "approve the settlement of the County of Volusia's ancillary petition and enter a final order and judgment of forfeiture." (*Id.* at 25.) Petitioner and the Government filed

objections (Docs. 222, 223),[1] and the Government filed a response to Petitioner's objections (Doc. 224.) The matter is now ripe for the Court's adjudication.

## STANDARDS

When a party objects to a magistrate judge's findings in a report and recommendation, the district court must "make a de novo determination of those portions of the report . . . to which objection is made." 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b)(2); Local Rule 6.02. The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. 636(b)(1). The district court must consider the record and factual issues based on the record independent of the magistrate judge's report. *Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

## DISCUSSION

Upon de novo review of the record as a whole and the parties' objections, the Court agrees entirely with Magistrate Judge Spaulding's comprehensive and well-reasoned report and recommendation. Petitioner's objections simply reiterate her prior arguments, which were thoroughly addressed and properly rejected in the report and recommendation. The Court finds no error after an independent review. *See Ernest S.*, 896 F.2d at 513. Thus, the report and recommendation is due to be adopted

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Petitioner Linda M. Morales' Objections to Report and Recommendation of

---

[1] The Government's objection is to Magistrate Judge Spaulding's recommendation that Petitioner is entitled to a jury trial *if* the Court rejects the report and recommendation and denies the Government's motion. (Doc. 222.) Because the report and recommendation is due to be adopted and the motion granted, the Government's objection is moot.

   Magistrate Judge (Doc. 223) are **REJECTED**.

2. United States' Objection to the Report and Recommendation of the United States' Motion for Summary Judgment (Doc. 222) is **REJECTED as moot**.

3. Report and Recommendation of U.S. Magistrate Judge Karla R. Spaulding (Doc. 221) is **ADOPTED AND CONFIRMED** and made a part of this Order.

4. United States' Motion for Summary Judgment (Doc. 209) is **GRANTED**.

5. Petitioner Linda M. Morales' claim (Doc. 131) is **REJECTED**.

6. On or before July 31, 2014, the Government is **DIRECTED** to submit to the Court a proposed final order of forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c)(2).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 16, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

4